**Opinion issued February 7, 2023**



In The

# Court of Appeals

### For The

# First District of Texas

_____

### NO. 01-23-00029-CV

_____

## MICHELLE GREEN, Relator

---

### Original Proceeding on Petition for Writ of Mandamus

---

### MEMORANDUM OPINION

Michelle Green, acting pro se, has filed a petition for writ of mandamus challenging the trial court's final judgment signed on August 3, 2020.[1] Green previously appealed the final judgment, and our Court affirmed the final judgment in an opinion issued on September 9, 2021. *See Green v. Texas Workforce*

---

[1] The underlying case is *Michelle Green v. Texas Workforce Commission and TF Administration, LLC*, cause number 2020-01448, in the 215th District Court of Harris County, Texas, the Honorable Elaine Palmer presiding.

*Commission*, 650 S.W.3d 149 (Tex. App.—Houston [1st Dist.] 2021). On March 15, 2022, our Court denied Green's subsequent motions for rehearing and rehearing. On October 14, 2022, the Supreme Court of Texas denied Green's petition for review, and Green filed a rehearing request on January 2, 2023 that is currently pending.

We deny the petition for writ of mandamus.

## PER CURIAM

Panel consists of Justices Kelly, Landau, and Farris.